IN THE ~~UNITED STATES DISTRICT OF AMERICA~~

DISTRICT OF ~~WYOMING~~

ROBERT JAMES SWINT,
Plaintiff,

Vs.

ROBERT JAMES SWINT,
Defendant;

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2026 ...
MARGARET BOTKINS CLERK
CHEYENNE

26-CV-143-J

I found his profile on FACT TWITTER AT THE TIME DUDE FROM 2000 WITH A BIRTHDAY OF APRIL 18th 1988. Thats my birthday, says he has a birthmark just like mine, Hey wait Revolations, I should be suing the Bible as well BOB H, King James, no wonder...

BACKGROUND

I get sick and tired of Seven Duncan Seven, all day long, or Satan Ann Devil saying Honey Im Home Early, or For Shirley You Will, both sets of grandparents,

Yesss, now the press meet the +thy, where is 1000 years, And Her Commandments, TO THY OWN SELF B TRUE.

Jurisdiction

Old, New, Final Testaments Then the Activation, Plus the Active

Enter the Code

To Activate, then press 3, I'll hit enter when
I'm ready, Hey is that,

CLAIM

I AM CLAIMING 336-4598 YOU CAN
CALL USING ONE OF 4 BROS.

FINDINGS

I, ROBERT SWINT, DECLARE ALL TRUE AND
CORRECT, THATS GENUINE AND AUTHENTIC
NOW BEGIN THE PROCESS AS
I DIRECT ABOVE FROM
BELOW

AND DIRECT FROM ABOVE
TO ALL
`ON EARTH AS IT IS IN HEAVEN'
LOADING SECURITY THE LAWS OF SATAN
WORLD ACTIVATION IS COMPLETE

I WANT 2 MILLION
DOLLARS CASH TO
MY ACCOUNT

I WANT A ONE WAY FORWARD AND
BACK        TRACK    THAT NEVER
ENDS

Yours Truly,
Rob Swint            Robert Swint    4-15-26

Robert James Swint #86985
Columbia County Jail
901 Port Ave.
St. Helens, OR 97051

CHEYENNE WY 820

25 APR 2026  AM 1  L

FOREVER / USA

US DISTRICT Court
2120 Capitol Ave Room 213
Cheyene, WY 82001-
3658

21 APR 2026 PM 5 L

PORTLAND OR PPDC 972
8200133633  C015