Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

**FILED**

9:39 am, 5/26/26

**Margaret Botkins
Clerk of Court**

# UNITED STATES DISTRICT COURT
for the

_____ District of **Wyoming**

**Cheyenne** Division

VANGUARD

*Plaintiff(s)*

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

ROBERT JAMES SWINT

*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. 26-CV-143-ABJ

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☑ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name            ROBERT JAMES SWINT

Address         901 PORT AVENUE

                ST. HELENS        OR        97051
                *City*           *State*      *Zip Code*

County          COLUMBIA

Telephone Number    BOBSWINT57@gmail.com

E-Mail Address      ROSSWINT418@GMAIL.COM

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name                VANGUARD

Job or Title *(if known)*    Representative

Address

                    _____  _____  _____
                    *City*           *State*   *Zip Code*

County

Telephone Number

E-Mail Address *(if known)*

☑ Individual capacity    ☐ Official capacity

Defendant No. 2

Name

Job or Title *(if known)*

Address

                    _____  _____  _____
                    *City*           *State*   *Zip Code*

County

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

## X.  SAMPLE CERTIFICATE OF SERVICE

### CERTIFICATE OF SERVICE

I hereby certify that on ___MAY___ __16__ 20_26_ (date), I mailed my

___Motion to Vacate___ (name of pleading) to the Clerk of Courts for filing.  Upon

the Clerk's Office docketing of this pleading, notice of this filing will be sent through the

Court's electronic filing system to all parties represented by attorneys who are registered

users of the Court's electronic filing system as provided for in Fed.R.Civ.P. 5(b)(2)(E).

A copy of this pleading will be mailed, by ordinary United States Mail, postage

pre-paid, to the following unrepresented party/parties this same day:

        Party Name #1
        Street Address
        City, State  Zip-Code

        Party Name #2
        Street Address
        City, State  Zip-Code

                                    Your Signature
                                    Your Printed Name
                                    Pro Se Plaintiff

43

Only the last four digits of a financial account number should be seen, for example, 12 3456789 10 11 should be seen as XX XXXXXXX 10 11

Only the year of a date of birth should appear, for example, 1/23/45 should appear as X/XX/45

If a name of a minor child appears, John Doe, the name should be redacted to read, J.D. (Only the initials should be visible).

If a home address appears on a document in a criminal case, 1234 Main Street, Cincinnati, Ohio, the address should be redacted to read, Cincinnati, Ohio (only the city and state should be visible).

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

1886 Reform Gun Rights Act ✓

## III.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

1865 Territory Prison Guards          OΔ□

B.    What date and approximate time did the events giving rise to your claim(s) occur?

1962 X

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

1775    April 18th

PAUL-SI

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

5-16-2026
RT ST

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

88

ROBERT JAMES SWINT
04/27

ROBERT JAMES SWINT, 80485
Columbia County Jail.
901 Port Ave.
St. Helens, OR
97051

PORTLAND OR RPDC 972

18 MAY 2026 PM 2 L



FOREVER / USA

U.S. District Court
District of Wyoming
2120 Capitol Ave., Room 2131
Cheyenne, WY 82001-3658

82001-365831