IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

**FILED**

*1:24 pm, 5/29/26*

**Margaret Botkins
Clerk of Court**

ROBERT JAMES SWINT,

     Plaintiff,

VS.

ROBERT JAMES SWINT,

    Defendant,

Case No.  26-CV-143-ABJ

## ORDER OF DISMISSAL WITHOUT PREJUDICE

This matter is before the Court on its own notice. On April 28, 2026, Plaintiff filed his Complaint. (ECF No. 1). Plaintiff failed to pay the filing fee and did not file a motion to proceed without prepayment of fees. The Clerk of Court directed Plaintiff to pay the filing fee by May 28, 2026.

To this date, Plaintiff has neither paid the required filing fee, requested an extension of time to do so, nor submitted an explanation for not complying with the Clerk's deadline. Plaintiff's failure to pay the required filing fee and the expiration of the time given Plaintiff to make such payment warrant dismissal of the action without prejudice to refiling. *See* Local Civil Rule 5.1(a)–(b); *Gripe v. City of Enid*, 312 F.3d 1184, 1188 (10th Cir. 2002) ("The Federal Rules of Civil Procedure authorize sanctions, including dismissal . . . for failing to comply with court rules or any order of the court, *see* Fed. R. Civ. P. 41(b)"); *see also Kennedy v. Reid*, 208 F. App'x 678, 679–80 (10th Cir. 2006) (finding no abuse of

discretion in district court's dismissal without prejudice of civil action due to litigant's failure to timely pay initial filing fee).

**IT IS THEREFORE ORDERED** Plaintiff's Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** Plaintiff's Motion to Vacate and/or Amended Complaint (ECF No. 3) is **DENIED AS MOOT**.

Dated this 29ᵗʰ day of May, 2026.

Alan B. Johnson
United States District Judge