I would like to file a change of Address for this case Swint vs Swint

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
JUN 29 2026
2:22 pm
Margaret Botkins, Clerk
Cheyenne

I am currently located at the Oregon State Hos.
2600 Center St, NE
Salem, OR 97301-2669

I would also like to file an Appeal case# 26-cv-00143-ABJ

Sincerely, Dad

Robert James Swint
RJS 6-17-26

Robert James Saint, PAT. #86619
Oregon State Hospital
2600 Center St, NE
Salem, Oregon 97301-2669

PORTLAND OR RPDC 972
23 JUN 2026 PM 2 L

quadient
FIRST-CLASS MAIL
IMI
$000.74º
06/18/2026 ZIP 97301
043M31228317
US POSTAGE

U.S. District Court
2120 Capitol Ave.
Cheyenne, WY 82001

82001-363399